STATE of Missouri, Respondent,

v.

Aaron DAVIS, Appellant.

No. ED 80523.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 6, 2003.

Gwenda R. Robinson, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN and GLENN A. NORTON, JJ.

**ORDER**

PER CURIAM.

Defendant, Aaron Davis, appeals from the judgment entered after a jury found him guilty of murder in the second degree and armed criminal action. Defendant was sentenced to concurrent terms of twenty-five years and five years, imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).